UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK RICHARDS,<br>  Petitioner | )<br>)<br>) |
| v. | ) Civil Action No. 04-30232-MAP<br>) |
| UNITED STATES OF AMERICA, ET AL,<br>  Respondent | )<br>) |

ORDER OF DISMISSAL

December 29, 2004

PONSOR, D.J.

 This case is hereby DISMISSED, without prejudice. Petitioner has filed a request for <u>habeas</u> relief pursuant to 28 U.S.C. § 2255. This statute, however, applies only to prisoners in custody under a sentence of a court established by an Act of Congress. According to the papers submitted by the petitioner, he has filed this petition in order to object to sentences imposed upon him in the State of Connecticut on January 17, 2001 and April 26, 2001. <u>See</u> ¶¶ 8-9 of petitioner (Docket No. 1) at 9. Under these circumstances, 28 U.S.C. § 2255 does not provide the petitioner any remedy.

 It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge