# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MARK RICHARDS,

  Petitioner

    v.                      CIVIL ACTION NO. 3: 04-30232-MAP

UNITED STATES OF AMERICA, ET AL,

  Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, the court having dismiss the petitioner's 2255 petition.

                                                      TONY ANASTAS,
                                                      CLERK OF COURT

Dated: December 29, 2004               By  /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                Deputy Clerk

(Civil Judgment2.wpd - 11/98)                                                                                           [jgm.]